Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey K. Gray appeals the district court's order dismissing his complaint pursuant to Fed.R.Civ.P. 12(b)(6). On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Gray's informal brief does not challenge the basis for the district court's disposition, Gray has forfeited appellate review of the court's order. Accordingly, we affirm. We deny Gray's motion to appoint counsel an dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Antha Smith appeals the district court's order dismissing his patent infringement action for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Smith v. McClure,* No. 6:10–cv–00022–nkm, 2010 WL 2326536 (W.D.Va. June 8, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

**Anthony Antha SMITH, Plaintiff—Appellant,**

v.

**Charles A. MCCLURE, Defendant—Appellee.**

No. 10–1752.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 28, 2010.

Decided: Oct. 1, 2010.

Anthony Antha Smith, Appellant Pro Se.

**Charles Brandon PARKS, Petitioner—Appellant,**

v.

**SWVRJA SUPERINTENDENT; Attorney General of the State of Virginia; Bob McDonnell, Respondents—Appellees.**

No. 10–6511.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 28, 2010.

Decided: Oct. 4, 2010.